**THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
CASE NO.: 25-1141**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DACISE C. RENE a/k/a DACISE | ) |
| CADICHE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**COMPLAINT**

The United States of America files this Complaint against Dacise C. Rene ("Rene"), also known as Dacise Cadiche, and alleges as follows:

1.      This is a civil action in which the United States seeks a judgment against Rene for unpaid federal income taxes, accuracy-related penalties, and return preparer penalties. As of December 4, 2025, the total balance of the unpaid taxes and penalties at issue is $696,000.35.

2.      This action is authorized by the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and is brought at the direction of a delegate of the Attorney General of the United States in accordance with 26 U.S.C. § 7401.

## JURISDICTION, VENUE, AND PARTIES

3.    This Court has jurisdiction pursuant to 26 U.S.C. § 7402 and 28 U.S.C. §§ 1340 and 1345.

4.    Venue of this action properly lies in this district pursuant to 28 U.S.C. §§ 1391(b) and 1396 because Rene resides in Lee County, FL.

## COUNT I – REDUCE UNPAID FEDERAL INCOME TAX LIABILITIES TO JUDGMENT

5.    Rene timely filed federal income tax returns (Forms 1040) for tax years 2013 and 2014 that claimed overpayments of the tax he reported.  The IRS issued refunds of the overpayments in the amount of  $16,013.00 and $9,445.00 for tax years 2013 and 2014 respectively.

6.    The IRS subsequently conducted an examination of Rene's tax returns for 2013 and 2014 and determined that Rene underreported the tax she owed.

7.    The IRS issued Rene a notice of deficiency for tax years 2013 and 2014 to her last known address and, after the restriction on assessment in 26 U.S.C. § 6213(a) lapsed, delegate of the Secretary of Treasury assessed tax, penalties, and interest against Rene on the dates and in the amounts shown below:

| TAX YEAR | ASSESSMENT DATE | ASSESSMENT | TYPE OF ASSESSMENT | TOTAL BALANCE DUE AS OF DECEMBER 4, 2025 |
|---|---|---|---|---|
| 2013 | December 21, 2015 | $9,013.00 | Tax Assessed | $47,812.22 |
|  |  | $1,842.00 | I.R.C. § 6694(a) Accuracy Penalty |  |

2

| TAX YEAR | ASSESSMENT DATE | ASSESSMENT | TYPE OF ASSESSMENT | TOTAL BALANCE DUE AS OF DECEMBER 4, 2025 |
|---|---|---|---|---|
|  |  | $1,063.57 | Interest Charged for Late Payment |  |
|  | November 5, 2018 | $5,050.50 | Penalty for Late Payment of Tax |  |
| 2014 | December 7, 2015 | $18,452.00 | Tax Assessed | $24,822.41 |
|  |  | $3,692.00 | Miscellaneous Penalty |  |
|  |  | $502.66 | Interest Charged for Late Payment |  |
|  | November 5, 2018 | $6,400.75 | Penalty for Late Payment |  |

8.      A delegate of the Secretary of the Treasury gave notices of the above-referenced taxes and made demands for payment on Rene.

9.      Despite the notices of assessments and demands for payment, Rene has failed to pay her outstanding income tax liabilities.

10.      As of December 4, 2025, Rene owes $72,634.63 in unpaid income taxes, penalties, and interest for tax years 2013 and 2014, plus fees, interest, and all statutory additions that continue to accrue after that date as provided by law until paid.

## COUNT II – REDUCE RETURN PREPARER PENALTIES TO JUDGMENT

11.      During tax years 2012, 2013, and 2014, Rene worked as a tax return preparer at Madam Sante Publik Training Center ("Madam Sante") in Fort Meyers, Florida.

12.      As a paid return preparer, Rene obtained a PTIN from the Internal Revenue Service that she used to identify herself on returns she prepared for customers.

13.      Rene registered Madam Sante Public Training Center as her fictitious name through the State of Florida's Division of Corporations in 2010, and applied for a renewal of that name in 2015.

14.      For years 2012 through 2014, the IRS determined that Rene engaged in conduct subject to penalty under IRC 6694(a) and 6694(b) by preparing returns that willfully and or recklessly understated her customers' tax liability based upon a position she knew (or should have known) is unreasonable.

15.      Additionally, the IRS determined that Rene endorsed and/or negotiated checks with respect to taxes made payable to her customers in violation of IRC § 6695(f).

16.      On the below dates, a delegate of the Secretary of the Treasury assessed against Rene the following return preparer penalties based upon conduct described above:

| TAX YEAR | ASSESSMENT DATE | PENALTY AMOUNT | TYPE OF ASSESSMENT | DATE NOTICE ISSUED ON OR ABOUT: | TOTAL BALANCE DUE AS OF DECEMBER 4, 2025 |
|---|---|---|---|---|---|
| 2012 | December 7, 2015 | $7,000.00 | I.R.C. § 6694(a) | December 7, 2015 | $208,461.54 |
| | December 14, 2015 | $110,000.00 | I.R.C. § 6694(b) | December 14, 2015 | |
| | December 21, 2015 | $7,500.00 | I.R.C. § 6695(f) | December 21, 2015 | |
| 2013 | December 7, 2015 | $4,000.00 | I.R.C. § 6694(a) | December 7, 2015 | $346,409.38 |
| | December 14, 2015 | $195,000.00 | I.R.C. § 6694(b) | December 14, 2015 | |
| | December 21, 2015 | $14,000.00 | I.R.C. § 6695(f) | December 21, 2015 | |
| 2014 | December 7, 2015 | $1,000.00 | I.R.C. § 6694(a) | December 7, 2015 | $68,494.80 |
| | December 14, 2015 | $40,000.00 | I.R.C. § 6694(b) | December 14, 2015 | |

17.    On or about the dates noted in Paragraph 16, a delegate of the Secretary of the Treasury issued notices of the assessments of the above referenced penalties and made demand for payment on Rene.

18.    Despite the notices of assessments and demands for payment, Rene has failed to pay her outstanding return preparer penalties for the 2012, 2013, and 2014 tax years.

19.    Considering all payments, credits, abatements, and accrued interest, Rene owes $623,365.72 as of December 4, 2025, for her unpaid assessed tax return preparer liabilities described in Paragraph 16, for the 2012, 2013, and 2014 tax years plus all statutory additions thereafter provided by law, less any further credits, abatements, and payments.

## CONCLUSION

**WHEREFORE**, the United States respectfully requests:

A. A monetary judgment for the United States and against Rene for her unpaid federal income tax liabilities for the 2013, and 2014 tax years, totaling $72,634.63 as of December 4, 2025, plus statutory additions including penalties and interest accruing thereon as provided by law until paid;

B. A monetary judgment for the United States and against Rene for her unpaid return preparer penalties assessed under 26 U.S.C. §§ 6694(a), 6694(b), and 6695(f) for the 2012, 2013, and 2014 tax years, totaling $623,365.72 as of December 4, 2025, plus interest and all statutory additions thereafter provided by law until paid;

C. An order that the United States shall be granted its costs in bringing this action, and;

D. Any further relief the Court deems appropriate.

DATE: December 8, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

*/s/ Christopher Merino*
Christopher Merino
Florida Bar Number 1011386
Tax Litigation Branch, Civil Division,
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
Telephone: 202-892-0242
Facsimile: 202-514-4963
Christopher.Merino@usdoj.gov

Of Counsel:

Gregory W. Kehoe
United States Attorney
for the Middle District of Florida